IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                          )<br>                    Plaintiff,          )<br>                                                          )<br>vs.                                                    )<br>                                                          )<br>                                                          )<br>DAVID TERRY,                                )<br>                                                          )<br>                    Defendant.      ) | CASE NO. 8:03CR324<br><br><br>JUDGMENT |

In accordance with the Memorandum and Order filed on this date,

IT IS ORDERED

    1.    Defendant's "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a person in Federal Custody" (Filing No. 63) is summarily dismissed.

    2.    The Clerk is directed to mail a copy of this Memorandum and Order to the Defendant at his last known address.

DATED this 2nd day of November, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge