IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:03CR324 |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| DAVID A. TERRY, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion for a writ of error coram nobis (Filing No. 78) and motion for leave to proceed in forma pauperis (Filing No. 79).

The Defendant seeks relief from a Nebraska state conviction. However, "a defendant may seek coram nobis relief only from the court that rendered judgment." *Trackwell v. Nebraska,* 126 Fed. Appx. 336, at **1 (8th Cir. 2005) (per curiam). Therefore, because the Defendant is barred from seeking relief in this Court, the motion is denied.

IT IS ORDERED:

1. The Defendant's motion for a writ of error coram nobis (Filing No. 78) is denied;

2. The Defendant's motion for leave to proceed in forma pauperis (Filing No. 79) is denied; and

3. The Clerk is directed to mail a copy of this order to the Defendant at his last known address.

DATED this 12th day of December, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge