## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DAVID A. TERRY,** | ) | **CASE NO. 4:08CV3001** |
| Plaintiff, | ) | |
| vs. | ) | **JUDGMENT** |
| **STATE OF NEBRASKA,** | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| | ) | **CASE NO. 8:03CR324** |
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) | |
| vs. | ) | **JUDGMENT** |
| **DAVID A. TERRY,** | ) | |
| Defendant. | ) | |

In accordance with the accompanying Memorandum and Order,

IT IS ORDERED:

1. The Complaint or petition for writ of error coram nobis (4:08CV3001, Filing No. 1), construed as a successive motion filed under 28 U.S.C. § 2255, is dismissed;

2. The Clerk is directed to:

   a. file the Complaint (4:08CV3001, Filing No. 1) in 8:03CR324 as a motion to vacate, etc. brought under 28 U.S.C. § 2255;

   b. file this Judgment in both cases captioned above;

3. The motion to vacate, etc. filed under 28 U.S.C. § 2255 (8:03CR324, Filing No. ___) is summarily denied;

4. The Clerk shall mail a copy of this Judgment to David A. Terry at his most recent address.

DATED this 16th day of April, 2008.

BY THE COURT:

S/Laurie Smith Camp
United States District Judge